AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RUFINO PATACSIL,

      Petitioner,           JUDGMENT IN A CIVIL CASE

V.

                                  CASE NUMBER: **3:13-CV-00117-MMD-VPC**

WARDEN LEGRAND, *et al.*,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition is DISMISSED with prejudice as time-barred.

    **IT IS FURTHER ORDERED** that a certificate of appealability is DENIED.

    Judgment is entered in favor of respondents and against petitioner.

  May 13, 2013                                                  **LANCE S. WILSON**

                                                                        Clerk

                                                                /s/ Jennifer Cotter

                                                                Deputy Clerk